Case 04-35469    Doc 26    Filed 01/28/08    Entered 01/28/08 19:11:53    Desc Main
                            Document      Page 1 of 2

```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 35469
    GLORIA ANN OLEARY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-0124


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 09/23/2004 and was confirmed 01/19/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.61% from remaining funds.

    The case was paid in full 10/22/2007.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID           PAID
------------------------------------------------------------------------------
AAA FINANCIAL SERVICES     UNSECURED        NOT FILED              .00              .00
AAA FINANCIAL SERVICES     UNSECURED        NOT FILED              .00              .00
ASSET ACCEPTANCE CORP      UNSECURED          3718.17              .00           468.79
BENEFICIAL                 UNSECURED        NOT FILED              .00              .00
RESURGENT ACQUISITION LL   UNSECURED          2294.95              .00           289.35
CAPITAL ONE BANK           UNSECURED          1419.53              .00           178.97
CAPITAL ONE BANK           UNSECURED OTH      631.36               .00            79.61
CHASE FREEDOM              UNSECURED        NOT FILED              .00              .00
CITGO GAS                  UNSECURED        NOT FILED              .00              .00
CITICARDS                  UNSECURED        NOT FILED              .00              .00
DIRECT MERCHANTS BANK      UNSECURED        NOT FILED              .00              .00
DISCOVER FINANCIAL SERVI   UNSECURED        NOT FILED              .00              .00
FIRST USA BANK             UNSECURED        NOT FILED              .00              .00
COLLECT AMERICA            UNSECURED          3498.55              .00           441.10
CAVALRY INVESTMENTS        UNSECURED          8944.20              .00          1127.68
PHILLIPS 66 COMPANY        UNSECURED        NOT FILED              .00              .00
RESURGENT ACQUISITION LL   UNSECURED          3935.37              .00           496.17
RESURGENT ACQUISITION LL   UNSECURED          6614.14              .00           833.91
SHELL CREDIT CARD          UNSECURED        NOT FILED              .00              .00
RESURGENT ACQUISITION LL   UNSECURED          1195.14              .00           150.68
WAL MART STORES INC        UNSECURED        NOT FILED              .00              .00
RESURGENT ACQUISITION LL   UNSECURED          1251.06              .00           157.73
MGM LAW OFFICES            ATTORNEY              .00               .00              .00
ROUNDUP FUNDING LLC        UNSECURED          4556.10              .00           574.43
ECAST SETTLEMENT CORP      UNSECURED          1644.30              .00           207.31
RESURGENT ACQUISITION LL   UNSECURED              .00              .00              .00
RESURGENT ACQUISITION LL   UNSECURED              .00              .00              .00
RESURGENT ACQUISITION LL   UNSECURED              .00              .00              .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY       1,800.00                          1,800.00
TOM VAUGHN                 TRUSTEE                                               394.27
DEBTOR REFUND              REFUND                                                   .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 35469 GLORIA ANN OLEARY
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 7,200.00  |               |
| PRIORITY             |           | .00           |
| SECURED              |           | .00           |
| UNSECURED            |           | 5,005.73      |
| ADMINISTRATIVE       |           | 1,800.00      |
| TRUSTEE COMPENSATION |           | 394.27        |
| DEBTOR REFUND        |           | .00           |
| TOTALS               | 7,200.00  | 7,200.00      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE